T. James Truman, Esq.
Nevada Bar No. 003620
T. JAMES TRUMAN & ASSOCIATES
3654 North Rancho Drive, Suite 101
Las Vegas, NV 89130
Telephone: (702) 256-0156
Fax: (702) 396-3035
E-mail: district@trumanlegal.com

*Attorneys for Defendant/Counterclaimant Innovations LV, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEFANIE PAONESSA, an individual; AMERICO PAONESSA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; INNOVATIONS LV, LLC, a Nevada Limited Liability Company; and DOES and ROES 1 through 10, inclusive, <br><br> Defendants. <br> _____ / <br> INNOVATIONS LV, LLC, a Nevada limited liability company, <br><br> Crossclaimant, <br> vs. <br><br> SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; and DOES I through X, and ROE Business Entities I through X, inclusive; <br><br> Crossdefendants. <br> _____ / | Case No.    2:22-cv-02074 <br><br> **DEFENDANT INNOVATIONS NV, LLC'S CONSENT TO REMOVAL** |

Defendant INNOVATIONS NV, LLC, ("Innovations") hereby consents to the removal of this action to federal court, and states as follows:

1.      Plaintiffs Stephanie Paonessa and Americo Paonessa were participants in the Defendant Innovations' ERISA governed health plan offered by Defendant Sierra Health and Life

Insurance Company, Inc. ("Sierra Health"). Plaintiff Americo Paonessa was an employee of Innovations, and Plaintiff Stefanie Paonessa was insured via her spouse, Mario Paonessa, a former employee of Innovations.

2. Plaintiffs filed suit in the Eighth Judicial District Court, Clark County, Nevada, against their employer, Innovations, and Sierra Health, asserting state law causes of actions, alleging Defendants failed to pay for Plaintiffs' surgeries and other medical expenses under the ERISA plan.

3. On December 15, 2022, Defendant Sierra filed a notice of removal to the United States District Court, District of Nevada.

4. Defendant Innovations agrees with the notice of removal and consents to removal of this action to federal court.

DATED this __15__ day of December, 2022.

T. JAMES TRUMAN & ASSOCIATES

By: _____
T. James Truman, Esq.
Nevada State Bar No. 003620
3654 N. Rancho Dr., Suite 101
Las Vegas, Nevada 89130
Attorneys for INNOVATIONS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of T. JAMES TRUMAN & ASSOCIATES, and that on this _16_ day of December, 2022, I caused to be served via the Court's e-filing/e-service system true and correct copies of the above and foregoing **DEFENDANT INNOVATIONS NV, LLC'S CONSENT TO REMOVAL** to all parties registered for electronic service.

/s/ Beverly Roberts
An employee of T. JAMES TRUMAN & ASSOCIATES

3