UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEFANIE PAONESSA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC.,<br><br>    Defendants. | Case No. 2:22-cv-02074-GMN-NJK<br><br>**Order** |

Defendant Sierra Health and Life Insurance Company, Inc. removed this case from state court to this Court on December 15, 2022. Docket No. 1. However, Defendant Innovations LV, LLC answered the complaint on October 27, 2022, while the case was still pending in state court. *See* Docket No. 1-1 at 7. Accordingly, the parties are hereby **ORDERED** to file, no later than January 10, 2023, a joint proposed discovery plan. In addition to the information required by Local Rule 26-1, the parties must also provide what, if any, discovery was completed while the case was pending in state court.

IT IS SO ORDERED.

Dated: December 27, 2022

_____
Nancy J. Koppe
United States Magistrate Judge