1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  Tyler W. Stevens, Esq., Bar No. 16325
   TWS@pisanellibice.com
4  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
5  Las Vegas, Nevada  89101
   Telephone:  702.214.2100
6  Facsimile:   702.214.2101

7  *Attorneys for Sierra Health and*
   *Life Insurance Company, Inc.*

8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  STEFANIE PAONESSA, an individual;          CASE NO.:    2:22-cv-2074-GMN-NJK
    AMERICO PAONESSA, an individual,
12
                    Plaintiffs,
13
    v.
14
    SIERRA HEALTH AND LIFE INSURANCE          **STIPULATION AND PROPOSED**
15  COMPANY, INC., a Nevada corporation;       **ORDER TO DISMISS SIERRA HEALTH**
    INNOVATIONS LV, LLC, a Nevada Limited      **AND LIFE INSURANCE COMPANY,**
16  Liability Company; and DOES and ROES 1     **INC. WITH PREJUDICE**
    through 10, inclusive,
17
                    Defendants.
18
    INNOVATIONS LV, LLC, a Nevada Limited
19  Liability Company,

20                  Crossclaimant,

21  v.

22  SIERRA HEALTH AND LIFE INSURANCE
    COMPANY, INC., a Nevada corporation; and
23  DOES I through X, and ROE Business
    Entities I through X, inclusive,
24
                    Counterdefendants.
25

26          Plaintiffs Stefanie Paonessa and Americo Paonessa ("Plaintiffs"), Defendant/Cross-

27  claimant Innovations LV, LLC ("Innovations"), and Defendant/Crossclaim Defendant Sierra

28  Health and Life Insurance Company, Inc. ("Sierra Health") (collectively, the "Parties"), by and

*Left margin vertical text:* PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

through their undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all claims and crossclaims that were or could have been stated against Sierra Health in this action, with each party to bear its own attorneys' and costs.

DATED this 27th day of February 2023.

PISANELLI BICE PLLC

By:  /s/ Debra L. Spinelli
    James J. Pisanelli, Esq., Bar No. 4027
    Debra L. Spinelli, Esq., Bar No. 9695
    Tyler W. Stevens, Esq., Bar No. 16325
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Sierra Health and Life Insurance Company, Inc*

ACCELERATED LAW GROUP

By:  /s/ Joseph T. Nold
    Joseph T. Nold, Esq.
    3030 S. Jones Boulevard, Suite 105
    Las Vegas, NV 89146

*Attorneys for Plaintiffs Stefanie Paonessa and Americo Paonessa*

T. JAMES TRUMAN & ASSOCIATES

By:  /s/ T. James Truman
    T. James Truman, Esq.
    3654 N. Rancho Drive, Suite 101
    Las Vegas, NV 89130

*Attorneys for Innovations LV, LLC*

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the Parties' stipulation above, that Sierra Health and Life Insurance Company, Inc., and all claims and crossclaims that were or could have been stated against it in this action, shall be and hereby are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 2, 2023
CASE NO.    2:22-cv-2074-GMN-NJK

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 27th day of February 2023, I caused to be served via the Court's e-filing/e-service system true and correct copies of the above and foregoing **STIPULATION AND PROPOSED ORDER TO DISMISS SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. WITH PREJUDICE** to all parties registered for electronic service.

<u>/s/ Cinda Towne</u>
An employee of Pisanelli Bice PLLC
